1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (16) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**SEALED**

**FILED**

AUG 20 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:15-CR-0177 TLN |
| v. | ORDER TO SEAL |
| Jason MATECKI and Catalin KIFAN | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Josh F. Sigal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: Aug 20, 2015

KENDALL J. NEWMAN
United States Magistrate Judge

Order to Seal Indictment