BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JASON MATECKI and<br>CATALIN KIFAN<br><br>                              Defendants. | CASE NO.  2:15-CR-0177 TLN<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER<br><br>DATE: September 10, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 10, 2015.

2.      By this stipulation, defendants now move to continue the status conference until October 15, 2015, at 9:30 a.m., and to exclude time between September 10, 2015, and October 15, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 287 pages, including investigative reports and photographs.  All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

b)      Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, continue their review of the discovery in this matter, and to discuss potential resolutions with their clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2015 to October 15, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1        4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  September 8, 2015                    BENJAMIN B. WAGNER
                                                 United States Attorney

7

8                                                /s/ JOSH F. SIGAL
                                                 JOSH F. SIGAL
9                                                Assistant United States Attorney

10  Dated:  September 8, 2015                    /s/ ALONZO GRADFORD

11                                               ALONZO GRADFORD
                                                 Counsel for Defendant
12                                               Jason Matecki

13

14  Dated: September 8, 2015                     _/s/_EAN VIZZI_____
                                                 EAN VIZZI
15                                               Counsel for Defendant
                                                 Catalin Kifan

16

17

18

19                              **FINDINGS AND ORDER**

20        IT IS SO FOUND AND ORDERED this 8th day of September, 2015.

21

22

23

24  _____

25  Troy L. Nunley
    United States District Judge

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER