BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-0177-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JASON MATECKI and CATALIN KIFAN | DATE: October 15, 2015 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 15, 2015.

2.      By this stipulation, defendants now move to continue the status conference until January 7, 2016, at 9:30 a.m., and to exclude time between October 15, 2015, and January 7, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 362 pages, including investigative reports and photographs.  All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

b)      Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, continue their review of the discovery in this matter, and to discuss potential resolutions with their clients.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2015 to January 7, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 12, 2015                         BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 /s/ JOSH F. SIGAL
                                                 JOSH F. SIGAL
                                                 Special Assistant U.S. Attorney

Dated:  October 12, 2015                         /s/ ALONZO GRADFORD
                                                 ALONZO GRADFORD
                                                 Counsel for Defendant
                                                 Jason Matecki


Dated: October 12, 2015                          _/s/_EAN VIZZI
                                                 EAN VIZZI
                                                 Counsel for Defendant
                                                 Catalin Kifan




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 13th day of October, 2015.




                                                 Troy L. Nunley
                                                 United States District Judge