UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 9, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
                    )
         Plaintiff, )
                    )
v.                     )
                    )
JASON MATECKI,       )
                    )
         Defendant. )

CASE NUMBER: 2:15-cr-00177-TLN

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jason Matecki</u>; Case <u>2:15-cr-00177-TLN</u> from custody and for the following reasons:

       _       Release on Personal Recognizance

       _       Bail Posted in the Sum of _____

      <u>X</u>       Unsecured Appearance Bond in the amount of <u>$250,000.00</u>; co-signed by defendant's mother ~~Ramona Nicasio~~ to be replaced by a bond secured by ~~cash~~ or real property within 5 days

       _       Appearance Bond with 10% Deposit

     X       Appearance Bond secured by Real Property

       _       Corporate Surety Bail Bond

     <u>X</u>       (Other) <u>Pretrial Supervision/Conditions: released to the third-party custody of Sister Ramona Nicasio; **defendant to be released on 12/10/2015 at 9:00 AM**</u> *for transport to Portland*

Issued at <u>Sacramento, CA</u> on _____<u>12/9/2015</u>_____ at _____.

By _____

Carolyn K. Delaney
United States Magistrate Judge