BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>JASON MATECKI and<br>CATALIN KIFAN<br><br>                                    Defendants. | CASE NO.  2:15-CR-0177 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 26, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 26, 2016.

2.      By this stipulation, defendants now move to continue the status conference until March 18, 2016, and to exclude time between February 26, 2016, and March 18, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 362 pages, including investigative reports and photographs.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      The government has provided both defendants with plea agreements.  Counsel will need additional time to review the agreements, including their forfeiture provisions, as well as the discovery in the case with respect to the terms and factual bases of the agreements, and consult with their clients regarding implications for trial.

c)      Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, continue their review of the discovery in this matter, and to discuss potential resolutions with their clients.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2016 to March 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 23, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ JOSH F. SIGAL
                                             JOSH F. SIGAL
                                             Special Assistant U.S. Attorney

Dated:  February 23, 2016                    /s/ TOM JOHNSON
                                             TOM JOHNSON
                                             Counsel for Defendant
                                             Jason Matecki


Dated: February 23, 2016                     _/s/_EAN VIZZI_____
                                             EAN VIZZI
                                             Counsel for Defendant
                                             Catalin Kifan


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 23, 2016




_____
GARLAND E. BURRELL, JR.
Senior United States District Judge