THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MATECKI, et al.,<br><br>Defendants. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S  STIPULATION AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 18, 2016, at 9:00 a.m. is continued to April 1, 2016, at 9:00 a.m. in the same courtroom for a Change of Plea Hearing as to Mr. Matecki only.   Joshua Sigal, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

**IT IS SO STIPULATED.**

DATED:  March 16, 2016                               By:   /s/ Thomas A. Johnson
                                                                              THOMAS A. JOHNSON
                                                                              Attorney for Jason Matecki

1

| | |
|---|---|
| DATED: March 16, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Thomas A. Johnson for<br>JOSHUA SIGAL<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

**Dated:  March 18, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2