THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JASON MATECKI,<br><br>　　　　　Defendant. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 1, 2016, at 9:00 a.m. is continued to April 8, 2016, at 9:00 a.m. in the same courtroom for a Change of Plea Hearing as to Mr. Matecki only. Joshua Sigal, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

**IT IS SO STIPULATED.**

DATED: March 31, 2016　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Jason Matecki

1

| | |
|---|---|
| DATED: March 31, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Thomas A. Johnson for<br>JOSHUA SIGAL<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated:  March 31, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2