THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON MATECKI, et al.,<br><br>    Defendants. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 26, 2016, at 9:00 a.m. is continued to October 7, 2016, at 9:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Josh Sigal, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: August 11, 2016                By:    /s/ Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Attorney for Jason Matecki

DATED: August 11, 2016                       PHILLIP A. TALBERT
                                             Acting United States Attorney

                                      By:    /s/ Thomas A. Johnson for
                                              JOSHUA SIGAL
                                              Assistant United States Attorney

1

1  **IT IS SO ORDERED.**

2  Dated:  August 23, 2016

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

IN THE UNITED STATES DISTRICT COURT

2

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| vs. | |
| JASON MATECKI, et al., | |
| Defendants. | |

| | |
|---|---|
| Judgment and Sentencing date: | August 26, 2016 |
| Reply or Statement | August 19, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 12, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 29, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 15, 2016 |

**I**

3