THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON MATECKI, et al.,<br><br>    Defendants. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 7, 2016, at 9:00 a.m. is continued to December 2, at 9:00 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Josh Sigal, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: September 30, 2016          By:   /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Jason Matecki

DATED: September 30, 2016                PHILLIP A. TALBERT
                                         Acting United States Attorney

                                   By:   /s/ Thomas A. Johnson for
                                         JOSHUA SIGAL
                                         Assistant United States Attorney

1

1 | **IT IS SO ORDERED.**

2 | Dated: September 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| vs. | |
| JASON MATECKI, et al., | |
| Defendants. | |

| | |
|---|---|
| Judgment and Sentencing date: | December 2, 2016 |
| Reply or Statement | November 23, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 18, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 4, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 28, 2016 |

**I**