```
THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>JASON MATECKI, et al.,<br><br>          Defendants. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S STIPULATION AND ORDER<br><br>Date: December 16, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 2, 2016, at 9:00 a.m. is continued to December 16, at 9:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Josh Sigal, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | December 16, 2016 |
| Reply or Statement | December 9, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 2, 2016 |

1

| | | |
|---|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | | November 18, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | November 11, 2016 |

**IT IS SO STIPULATED.**

DATED: November 7, 2016					By:	/s/ Thomas A. Johnson
									THOMAS A. JOHNSON
									Attorney for Jason Matecki

DATED: November 7, 2016						PHILLIP A. TALBERT
									Acting United States Attorney

								By:	/s/ Thomas A. Johnson for
									JOSHUA SIGAL
									Assistant United States Attorney

**IT IS SO ORDERED, commencing at 9:00 a.m.**

**Dated:  November 8, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2