THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JASON MATECKI, et al.,<br><br>             Defendants. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S  STIPULATION AND [PROPOSED] ORDER<br><br>Date: February 24, 2017<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 16, 2016, at 9:00 a.m. is continued to February 24, 2017 at 9:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Josh Sigal, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | February 24, 2017 |
| Reply or Statement | February 17, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | February 10, 2017 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | February 3, 2017 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 27, 2017 |

**IT IS SO STIPULATED.**

DATED: December 13, 2016            By:   /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Jason Matecki

DATED: December 13, 2016                  PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                  By:   /s/ Thomas A. Johnson for
                                                        JOSHUA SIGAL
                                                        Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  December 14, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2