THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | DEFENDANT'S STIPULATION AND [PROPOSED] ORDER |
| vs. | Date: March 24, 2017 |
| JASON MATECKI, et al., | Time: 9:00 a.m. |
| Defendants. | Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 24, 2017, is continued to March 24, 2017 at 9:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | March 24, 2017 |
| Reply or Statement | March 17, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | March 10, 2017 |

1

**IT IS SO STIPULATED.**

DATED: February 6, 2017           By:    /s/ Thomas A. Johnson  
                                         THOMAS A. JOHNSON  
                                         Attorney for Jason Matecki

DATED: February 6, 2017                  PHILLIP A. TALBERT  
                                         Acting United States Attorney

                                  By:    /s/ Thomas A. Johnson for  
                                         KEVIN KHASIGHIAN  
                                         Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: February 7, 2017

_____  
GARLAND E. BURRELL, JR.  
Senior United States District Judge

2