THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON MATECKI, et al.,<br><br>    Defendants. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER<br><br>Date: April 14, 2017<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 24, 2017, is continued to April 14, 2017 at 9:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | April 14, 2017 |
| Reply or Statement | April 7, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | March 31, 2017 |

1

**IT IS SO STIPULATED.**

DATED: March 8, 2017                By:    /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Jason Matecki

DATED: March 8, 2017                       PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:    /s/ Kevin Khasigian
                                           KEVIN KHASIGHIAN
                                           Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  March 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2