THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JASON MATECKI,<br><br>   Defendant. | Case No.: 2:15-cr-00177-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER<br><br>Date: May 5, 2017<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 14, 2017, is continued to May 5, 2017 at 9:00 a.m. in the same courtroom.   Probation is unavailable on April 14th and Defendant needs additional time to prepare for sentencing.  Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | May 5, 2017 |
| Reply or Statement | April 28, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 21, 2017 |

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: March 31, 2017 | By:  /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Jason Matecki |
| DATED: March 31, 2017 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By:  /s/ Kevin Khasigian<br>KEVIN KHASIGHIAN<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated:  April 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2