1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00177-GEB |
|---|---|
| Plaintiff, | ORDER DISMISSING PETITIONS/APPLICATIONS FOR LACK OF STANDING |
| v. | |
| JASON MATECKI, et al., | |
| Defendants. | |

The Court has reviewed the Government's Motion to Dismiss Petitions/Applications for Lack of Standing. One Petition/Application was filed by Joseph H. Lee and Maria Lee ("Petitioners") on June 23, 2016. See ECF No. 61. A second Petition/Application was filed by Benny Florenza J. and Maria Luc ("Petitioners") on December 19, 2016. See ECF No. 88.

This Court entered Preliminary Orders of Forfeiture that forfeited defendants Jason Matecki and Catalin Kifan's right, title, and interest in the real property located at 3750 South Las Vegas Boulevard, Unit 2701, Las Vegas, Nevada, APN: 162-20-712-032 ("Vegas Condo"). See Preliminary Orders of Forfeiture, ECF Nos. 54, 74. Thereafter, the Government complied with all statutory notice requirements. See 21 U.S.C. § 853(n)(1) (providing the notice requirements).

On June 23, 2016, Petitioners Joseph H. Lee and Maria Lee filed an Application with this court which stated:

///

> "My name is Joe H. & Maria Lee, I live in Temple City, California 91780. I would like to submit an application for interested property as the third party whom under your court Jurisdiction. If the property will be available, please contact us. Thank you."

On December 19, 2016, a second Application was filed by Benny Florenza J. and Maria Luc with regard to the Vegas Condo and identified the same phone number as Joseph and Maria Lee.

The Government moved to dismiss the Applications, arguing that the Petitioners failed to state a claim or meet procedural pleading requirements set forth in 21 U.S.C. § 853(n)(3). Under such procedures, a petition shall be signed by the petitioners under penalty of perjury and shall set forth the nature and extent of the petitioners' right, title, or interest in the property, the time and circumstances of the petitioners' acquisition of the right, title, or interest in the property, any additional facts supporting the petitioners' claim, and the relief sought.

Under Federal Rule of Criminal Procedure 32.2(c)(1)(A), the Court may dismiss a petition "for lack of standing, for failure to state a claim, or for any other lawful purpose."

The Government's Motion to Dismiss outlined statutory pleading requirements pursuant to 21 U.S.C. § 853(n)(3), which must be complied with "primarily because there is a substantial danger of false claims in forfeiture proceedings." This Court finds the Government's arguments well taken. The Petitioners failed to file valid Petitions, as defined by statute, with the Court. In addition, the Government submitted evidence that similar Applications were also filed by the same Petitioners in multiple jurisdictions, stating their interest in other forfeitable properties, as published in a government website (www.forfeiture.gov). For this reason, this Court has reason to believe that the Applications filed by the Petitioners for their interest in the Vegas Condo, are frivolous, without legal basis and, therefore, lack standing.

THEREFORE, IT IS ORDERED that the Government's Motion to Dismiss the Petitions/Applications for Lack of Standing is hereby granted, and the April 14, 2017 hearing on the motion is vacated.

SO ORDERED.

Dated: April 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge