THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | ) DEFENDANT'S STIPULATION AND |
| | ) [PROPOSED] ORDER |
| vs. | ) |
| | ) Date: June 23, 2017 |
| JASON MATECKI, | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |

   **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 5, 2017, is continued to June 23, 2017 at 9:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The PSR schedule is amended as follows:

Judgment and Sentencing date:                 <u>June 23, 2017</u>

Reply or Statement                           <u>June 16, 2017</u>

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and          <u>June 9, 2017</u>
served on the Probation Officer and opposing
counsel no later than:

**IT IS SO STIPULATED.**

DATED: April 19, 2017                    By:    /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Jason Matecki

DATED: April 19, 2017                           PHILLIP A. TALBERT
                                                United States Attorney

                                         By:    /s/ Kevin Khasigian
                                                KEVIN KHASIGHIAN
                                                Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  April 20, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge