THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | DEFENDANT'S STIPULATION AND [PROPOSED] ORDER |
| vs. | Date: September 29, 2017 |
| JASON MATECKI, | Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 23, 2017, is continued to September 29, 2017 at 9:00 a.m. in the same courtroom. Defendant is going into a 90-day residential drug rehabilitation facility. Additionally, Defendant needs additional time to prepare for sentencing. Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 29, 2017 |
| Reply or Statement | September 22, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 15, 2017 |

1

**IT IS SO STIPULATED.**

DATED: June 13, 2017　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　Attorney for Jason Matecki

DATED: June 13, 2017　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ Kevin Khasigian
　　　　　　　　　　　　　　　　　　　KEVIN KHASIGHIAN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:　June 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2