THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE |
| vs. | |
| JASON MATECKI, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that conditions of pretrial release are amended. Conditions of release were originally filed on December 9, 2015. *See* ECF Doc. No. 29. Pretrial Services, Kevin Khasighian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to these amendments.

Condition #10 shall be amended as follows:

10. You must abstain from **any use** of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

An additional special condition of release is also added:

1

15. You must participate in the substance abuse treatment program at Ocean Hills Recovery inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer.

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

All previously ordered conditions will remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: June 20, 2017            By:   /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Jason Matecki

DATED: June 20, 2017                PHILLIP A. TALBERT
                                                     United States Attorney

                                                       By:   /s/ Kevin Khasigian
                                                                KEVIN KHASIGHIAN
                                                                 Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

DATED: June 20, 2017

                                                                        ALLISON CLAIRE
                                                                        UNITED STATES MAGISTRATE JUDGE