IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JASON MATECKI,<br><br>            Defendant. | CASE NO. 2:15-CR-00177 GEB<br><br>ORDER SEALING THE GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 5K1.1 |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the United States's motion pursuant to U.S.S.G. § 5K1.1 for defendant Jason MATECKI and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated: September 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1