THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | DEFENDANT'S STIPULATION AND [PROPOSED] ORDER |
| vs. | Date: October 27, 2017 |
| JASON MATECKI, | Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 29, 2017, is continued to October 27, 2017 at 9:00 a.m. in the same courtroom. Kevin Khasigian, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is amended as follows:

**IT IS SO STIPULATED.**

DATED: September 26, 2017         By:   /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Jason Matecki

1

DATED: September 26, 2017					PHILLIP A. TALBERT
								United States Attorney

							By:	/s/ Kevin Khasigian
								KEVIN KHASIGHIAN
								Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: September 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge