THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00177-GEB |
| Plaintiff, | [PROPOSED] ORDER FOR EXONERATING THE BOND |
| vs. | |
| JASON MATECKI, | |
| Defendant. | |

## REQUEST TO EXONERATE THE BOND
## FOR THE NORTH BOITANO ROAD PROPERTY

On December 9, 2015, Mr. Matecki was ordered released on a $250,000 property bond located at 13955 North Boitano Road, Groveland, California 95321.

On August 30, 2017, Mr. Matecki was ordered detained. On October 27, 2017, Jason Matecki was sentenced. Therefore, it is hereby requested that the secured appearance bond be exonerated for the property at 13955 North Boitano Road, Groveland, California, and that the Clerk of the District Court be directed to re-convey the property to the surety, Kenneth L. Wagner Jr. in his family trust.

DATED: November 7, 2017          Respectfully submitted,

                                              /s/ Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Attorney for Jason Matecki

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | |
| 3 | **IT IS SO ORDERED** that the appearance bond secured by a Deed of Trust |
| 4 | against the real property of Kenneth L. Wagner Jr. in his family trust located at 13955 |
| 5 | Boitano Road, Groveland, CA, 95321 is hereby exonerated. The Clerk of the Court is |
| 6 | directed to re-convey the property back to the owners. |
| 7 | Dated: November 8, 2017 |

GARLAND E. BURRELL, JR.
Senior United States District Judge