1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                No.  2:15-cr-00177-TLN

12              Plaintiff,

13         v.                                   **ORDER**

14    JASON MATECKI,

15              Defendant.

16

17         This matter is before the Court on Defendant Jason Matecki's ("Defendant") Motion for

18    Early Termination of Supervised Release.  (ECF No. 152.)  The Government filed a statement of

19    non-opposition.  (ECF No. 155.)  For following reasons, the Court GRANTS Defendant's motion.

20         On April 8, 2016, Defendant pleaded guilty to possession with intent to distribute MDMA

21    in violation of 21 U.S.C. § 841(a)(1).  (ECF No. 48.)  On October 27, 2017, Senior District Judge

22    Garland E. Burrell Jr. sentenced Defendant to a 75-month term of imprisonment and a 36-month

23    term of supervised release.  (ECF No. 132.)  Defendant served his term of imprisonment, and his

24    term of supervised release is scheduled to expire on January 13, 2025.  (ECF No. 155 at 2.)  On

25    September 14, 2023, Defendant filed the instant *pro se* motion for early termination of supervised

26    release.  (ECF No. 152.)

27         "The correct legal standard for deciding a motion to terminate supervised release is set

28    forth in 18 U.S.C. § 3583(e)."  *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).  "The

1  statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. §
2  3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is
3  warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18
4  U.S.C. § 3583(e)(1)).  Defendant has the burden to demonstrate that early termination of
5  supervised release is justified.  *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

6        Defendant requests early termination of supervised release based on his exemplary
7  conduct on supervised release and the support of his probation officer.  (ECF No. 152 at 2–3.)
8  The Government filed a non-opposition confirming that Defendant has done well on supervised
9  release and Defendant's probation officer supports early termination of Defendant's term of
10  supervised release.  (ECF No. 155.)  Based on the Government's non-opposition, the support of
11  Defendant's probation officer, and Defendant's exemplary conduct for over a year while on
12  supervised release, the Court finds Defendant has met his burden to show that early termination
13  of supervised release is warranted pursuant to 18 U.S.C. § 3583(e).  *Emmett*, 749 F.3d at 819.

14        Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby
15  GRANTED.  (ECF No. 152.)

16        IT IS SO ORDERED.

17  Date:  October 4, 2023

18                           Troy L. Nunley
                            United States District Judge